Dan E. PRUITT, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. 62238.

Missouri Court of Appeals,
Eastern District,
Division One.

March 16, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 13, 1993.

Application to Transfer Denied
May 25, 1993.

Dave Hemingway, St. Louis, for appellant.

William L. Webster, Atty. Gen., Aundreia R. Alexander, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Movant appeals from the denial, without evidentiary hearing, of his Rule 24.035 motion for postconviction relief.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the motion court is affirmed in accordance with Rule 84.16(b).